IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 08-cr-00094-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR TAPIA-PARRA,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The motion for extension of time to file notice is granted.

    **The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov. These govern all proceedings in my court and indicate what my expectations are.**

Dated: April 8, 2008

                                                                  s/ Jane Trexler, Judicial Assistant